NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE COMPAK COMPANIES, LLC,**
*Plaintiff-Appellant,*

v.

**JIMMIE L. JOHNSON, RON BOWEN, PATPAK, INC., OLMARC PACKAGING COMPANY, AND URBAN MINISTRIES, INC.,**
*Defendants,*

AND

**BRUCE CARLSON, DUOTECH HOLDINGS, INC., AND DUOTECH PACKAGING, LLC,**
*Defendants-Cross Appellants.*

---

2011-1457, -1483

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 03-CV-7427, Senior Judge John F. Grady.

---

## ON MOTION

---

## ORDER

Bruce Carlson, DuoTech Holdings, Inc., and DuoTech Packaging, LLC (collectively "DuoTech") move for an extension of time to file their response brief and for an order, *inter alia*, directing The Compak Companies, LLC ("Compak") to comply with this court's rules in preparing a joint appendix. Compak did not file a response to this motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for an order, *inter alia*, directing Compak to comply with this court's rules in preparing a joint appendix remains pending.

(2) The motion for an extension of time is granted. DuoTech's response brief is due within 60 days of the date of this order.

FOR THE COURT

FEB 15 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  George J. Spathis, Esq.
      Andrew J. Cohen, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 15 2012

JAN HORBALY
CLERK